1   Kimberley Kupferer, SBN 131984
    Law Offices of Kimberly Kupferer
2   1010 Grayson Street, Suite One
    Berkeley, CA  94710
3   Tel:  510-843-2300
    Fax: 510-843-2301
4
    Laurence F. Padway, SBN 89314
5   Law Offices of Laurence F. Padway
    1516 Oak Street, Suite 109
6   Alameda, CA 94501
    Tel:  510-814-6100
7   Fax: 510-814-0650

8   Attorneys for Plaintiffs, D'LAINE PARRISH,
    guardian ad litem for GAVIN J. PARRISH,
9   ASHLEIGH PARRISH and DANIEL PARRISH,
    ESTATE OF RICHARD LEBON
10
    Clyde A. Thompson, SBN 72920
11  Andrea A. Najor, SBN 221853
    HAAPALA, ALTURA, THOMPSON & ABERN, LLP
12  1939 Harrison Street, Suite 800
    Oakland, California 94612
13  Tel:     510-763-2324
    Fax:     510-273-8570
14
    Attorneys For Defendants
15  COUNTY OF ALAMEDA and
    DEPUTY R. L. SILCOCKS
16

17                  UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

19  D'LAINE PARRISH, guardian ad litem for     )   Case No.: C05-03140 MJJ
    GAVIN J. PARRISH, ASHLEIGH PARRISH         )
20  and DANIEL PARRISH, ESTATE OF              )   **STIPULATION AND ORDER**
    RICHARD LEBON,                             )   **EXTENDING THE TIME TO**
21                                             )   **COMPLETE FACT WITNESS AND**
                                               )   **EXPERT WITNESS DISCOVERY**
                    Plaintiffs,                )
22                                             )
                                               )   **Trial Date:     November 13, 2006**
23          vs.                                )
                                               )
24  ALAMEDA COUNTY, DEPUTY SHERIFF             )        GRANTED
    R. L. SILCOCKS, and DOES 1-20, inclusive,  )
25                                             )
                    Defendants.                )
26  _____)

27          Defendants ALAMEDA COUNTY, DEPUTY R.L. SILCOCKS (hereinafter

28  "Defendants") and Plaintiffs GAVIN J. PARRISH, ASHLEIGH PARRISH and DANIEL

---

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1   PARRISH, by and through their mother and Guardian Ad Litem D'LAINE PARRISH,

2   (hereinafter "Plaintiffs") by and through their respective counsel of record request the Court

3   extend the time to complete fact discovery for 45 days from July 28, 2006 to September 11,

4   2006.

5       The parties also request the court extend the time to complete expert witness disclosure

6   and discovery for 45 days from July 28, 2006 to September 11, 2006. The parties request expert

7   witness discovery cut off be extended to September 25, 2006.

8       The parties request the date for dispositive motions now set to be heard by September

9   26, 2006 be extended to October 16, 2006.

10       The reason for this requested extension of time is that the parties and their counsel have

11   experienced scheduling difficulties due to witnesses vacations, conflicts with other trials, and

12   because the parties are attempting to advance the scheduled mandatory settlement conference

13   with Magistrate Judge James from October 3, 2006 to early September, 2006. The parties have

14   meet and conferred on a schedule to complete fact and expert discovery but need additional time

15   to discuss settlement before the substantial additional costs and expense necessary to complete

16   expert discovery.

17       The requested 45 day extension of the time to complete fact and expert discovery will

18   not adversely impact the parties' preparation of the case for trial in accordance with the Court's

19   scheduling order. The trial (November 13, 2006) and pretrial (October 31, 2006) dates are not

20   changed.

21       IT IS HEREBY STIPULATED by the parties, through their counsel that the time to

22   complete fact and expert witness discovery is extended 45 days as follows:

23       Non-expert discovery cutoff to September 11, 2006.

24       Designation of experts to September 11, 2006..

25       Expert Discovery cutoff to September 25, 2006.

26       Dispositive motions heard by October 16, 2006.

27   Dated: July 26, 2006       LAW OFFICES OF LAURENCE PADWAY

28                     By:

2

Parrish v. Alameda County, et al. #C05-03140 MH

Laurence Padway
Attorney for Plaintiffs
D'LAINE PARRISH, et al.

Dated: July   , 2006.          LAW OFFICES OF KIMBERLY KUPFERER


By:_____/s/ Kimberly Kupferer_____
        Kimberly Kupferer
        Attorney for Plaintiffs
        D'LAINE PARRISH, et a..

Dated: July 26, 2006.          HAAPALA, ALTURA,
                               THOMPSON & ABERN, LLP


By:_____
        Clyde A. Thompson
        Attorneys for Defendants
        ALAMEDA COUNTY, et al.

## ORDER

The Court having considered the proposed stipulation regarding the extension of time
to complete fact and expert discovery in this action, and there being good cause,

IT IS ORDERED discovery cutoff is extended as follows:

Non-expert discovery cutoff  is September 11, 2006.

Designation of experts is September 11, 2006.

Expert Discovery cutoff is September 25, 2006.

Dispositive motions heard by October 16, 2006.

Dated:   8/1/2006


_____
Honorable Martin J. Jenkins
Judge, United States District Court


(1)  The pretrial conference and trial dates remain unchanged.

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

*Parrish v. Alameda County, et al./#C05-03140 MJJ*
Stipulation And Order Extending The Time To Complete Fact Witness And Expert Witness Discovery