**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PARRISH,

    Plaintiff,

  v.

ALAMEDA COUNTY, ET AL.,

    Defendant.

No. C05-03140 MJJ

**OREDER REGARDING SETTLEMENT CONFERENCE**

Parties in the above matter are ordered to participate in a further settlement conference on October 23, 2006 at 2:00 p.m. before the Honorable Magistrate Judge James.

Please report to courtroom B, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated:    9/15/2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE