1  Kimberly Kupferer
   Law Offices of Kimberly Kupferer
2  1010 Grayson Street, Suite One
   Berkeley, CA 94710
3  Telephone: (510) 843-2300
   Facsimile: (510) 843-2301
4
   Laurence F. Padway, #89314
5  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
6  Alameda, California 94501
   Telephone: (510)814-6100
7  Facsimile : (510)814-0650

8  Attorneys for plaintiffs

9
                  **UNITED STATES DISTRICT COURT**
10
                 **NORTHERN DISTRICT OF CALIFORNIA**
11

12  D'LAINE PARRISH, guardian ad           CASE NO. C 05-03140 MJJ
    litem for GAVIN J. PARRISH,
13  ASHLEIGH  PARRISH AND DANIEL           ~~(Proposed)~~ Order on
    PARRISH, ESTATE OF RICHARD            Plaintiff's Ex Parte Application to Continue the
14  LEBON                                 Hearing on Defendant's Motion for Summary
                                          Judgment
15
                  Plaintiffs,
16
    vs.
17                                         Date: October 3, 2006
                                          Time: 2:30 p.m.
18  ALAMEDA COUNTY, DEPUTY
    SHERIFF R. L. SILCOCKS, and
19  DOES 1-20, inclusive,                 Hon. Martin J. Jenkins

20                Defendants.

21  _____/

22
            Good cause appearing, the Court grants the application to continue the motion for
23
    summary judgment hearing to  October 17, 2006 @ 9:30 a.m .
24

25
        Dated:  10/2/2006                  _____
26                                         Hon. Martin J. Jenkins
                                           Judge of the United States District Court
27

28