**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARRISH,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY, ET AL.,<br><br>    Defendant.<br>_____/ | No. C05-03140 MJJ<br><br>**ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT; VACATING PRE-TRIAL CONFERENCE AND TRIAL DATES** |

Pending before the Court is Defendants' Motion for Summary Judgment set for hearing on October 17, 2006. The Court hereby **CONTINUES** the hearing date on Defendants' Motion to Tuesday, October 31, 2006 at 9:30 a.m., before Judge Jenkins. Further, the Court **VACATES** the October 31, 2006 Pre-Trial Conference date and November 13, 2006 trial date. The Court shall issue an order re-setting these dates following its ruling on Defendants' Motion.

**IT IS SO ORDERED.**

Dated:     10/16/2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE