Clyde A. Thompson, SBN 72920
Andrea A. Najor, SBN 221853
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA and
DEPUTY R. L. SILCOCKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| D'LAINE PARRISH, guardian ad litem for GAVIN J. PARRISH, ASHLEIGH PARRISH and DANIEL PARRISH, ESTATE OF RICHARD LEBON,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY, DEPUTY SHERIFF R. L. SILCOCKS, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: C05-03140 MJJ (MEJ)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT DEPUTY R. L. SILCOCKS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT MARCH 12, 2007 SETTLEMENT CONFERENCE |

Defendant DEPUTY R. L. SILCOCKS has requested to be excused from personally attending the March 12, 2007 settlement conference or from being available by telephone for the duration of the settlement conference.

Attending in his place will be a representative of the COUNTY OF ALAMEDA, who is authorized to settle the case.

Good cause appearing,

Defendant DEPUTY R. L. SILCOCKS' request to be excused from the conference is hereby granted.

Dated: March 1, 2007

_____
Judge Maria-Elena James

1

*Parrish v. Alameda County, et al.*/#C05-03140 MJJ (MEJ)
[Proposed] Order Granting Defendants Captain Hagan, Technician Dutton And Deputy Burns' Request To Be Excused From Appearing In Person Or By Telephone At March 12, 2007 Settlement Conference