1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8    D'LAINE PARRISH, Guardian Ad)
     Litem for Gavin J. Parrish, )
9    Ashleigh Parrish and Daniel )    No. C 05-3140 MJJ (BZ)
     Parrish,                    )
10                               )    **ORDER RE OVERDUE PAPERS**
               Plaintiff(s),     )
11                               )
                                 )
12        v.                     )
                                 )
13   ALAMEDA COUNTY, et al.,     )
                                 )
14             Defendant(s).     )
     _____)

15

16        TO:  Plaintiff(s) and their attorney(s) of record:

17        On May 20, 2007, you were ordered to lodge a Settlement

18   Conference Statement seven days prior to the conference, which

19   is scheduled for July 13, 2007.  Your statement was due

20   July 6, 2007.  It was not received by chambers.

21        **IT IS HEREBY ORDERED** that if a statement is not lodged by

22   the close of business tomorrow, plaintiff(s) and their

23   attorney(s) of record will be sanctioned $100 a day for each

24   day's delay, beginning from the date it was originally due.

     Dated: July 9, 2007
25
                          _____
26                              Bernard Zimmerman
                           United States Magistrate Judge
27
     G:\BZALL\-REFS\REFS.07\PARRISH.LP.wpd
28

                                    1