Kimberley Kupferer, SBN 131984
Law Offices of Kimberly Kupferer
1010 Grayson Street, Suite One
Berkeley, CA 94710
Tel: 510-843-2300
Fax: 510-843-2301

Laurence F. Padway, SBN 89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510-814-6100
Fax: 510-814-0650

Attorneys for Plaintiffs, D'LAINE PARRISH,
guardian ad litem for GAVIN J. PARRISH,
ASHLEIGH PARRISH and DANIEL PARRISH,
ESTATE OF RICHARD LEBON

Clyde A. Thompson, SBN 72920
Andrea A. Najor, SBN 221853
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA and
DEPUTY R. L. SILCOCKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| D'LAINE PARRISH, guardian ad litem for GAVIN J. PARRISH, ASHLEIGH PARRISH and DANIEL PARRISH, ESTATE OF RICHARD LEBON,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY, DEPUTY SHERIFF R. L. SILCOCKS, and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: C05-03140 MJJ (BZ)<br><br>**STIPULATION AND ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

Defendants ALAMEDA COUNTY, DEPUTY R.L. SILCOCKS (hereinafter "Defendants") and Plaintiffs GAVIN J. PARRISH, ASHLEIGH PARRISH and DANIEL

1

*Parrish v. Alameda County, et al.*/#C05-03140 MJJ
Stipulation And Order Scheduling Further Settlement Conference

1    PARRISH, by and through their mother and Guardian Ad Litem D'LAINE PARRISH,

2    (hereinafter "Plaintiffs") by and through their respective counsel of record hereby agree to

3    participate in a Settlement Conference with Magistrate Judge Bernard Zimmerman on

4    **Thursday, September 6, 2007, at 9:00 a.m.** The parties also agree to filing two-page

5    supplemental Settlement Conference Statements on or before **Tuesday, September 4, 2007.**

6    Dated: August 30, 2007        LAW OFFICES OF LAURENCE PADWAY

By: _____
       Laurence Padway
       Attorney for Plaintiffs
       D'LAINE PARRISH, et al.

Dated: August 30, 2007        HAAPALA, ALTURA,
       THOMPSON & ABERN, LLP

By: _____/s/ Clyde A. Thompson_____
       Clyde A. Thompson
       Attorneys for Defendants
       COUNTY OF ALAMEDA and
       DEPUTY R. L. SILCOCKS

## ORDER

The Court having considered the proposed stipulation in which the parties agree to participate in a Mandatory settlement Conference before the court, and there being good cause,

IT IS ORDERED that the Settlement Conference will be held on September 6, 2007, at 9:00 a.m.

Dated: August 30, 2007

_____
Honorable Bernard Zimmerman
United States District Court Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman