UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'LAINE PARRISH, Guardian Ad Litem for Gavin J. Parrish, Ashleigh Parrish and Daniel Parrish,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ALAMEDA COUNTY, et al.,<br><br>    Defendant(s). | No. C 05-3140 BZ<br><br>**ORDER SCHEDULING HEARING** |

It is hereby **ORDERED** that if the plaintiffs' petition to approve a minors' compromise is not filed by **October 2, 2007**, a hearing to discuss the delay in consummating the settlement is scheduled for **October 3, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The Guardian for the minors is **ORDERED** to appear in person at the hearing.

Dated: September 21, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\PARRISH.SCH.HEARING.wpd

1