1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'LAINE PARRISH, guardian ad litem for GAVIN J. PARRISH, ASHLEIGH PARRISH AND DANIEL PARRISH, ESTATE OF RICHARD LEBON | CASE NO. C 05-03140 BZ |
| | ORDER APPROVING PAYMENT OF ATTORNEYS' FEES AND COSTS |
| Plaintiffs, | |
| vs. | |
| ALAMEDA COUNTY, DEPUTY SHERIFF R. L. SILCOCKS, and DOES 1-20, inclusive, | |
| Defendants. | |
| _____/ | |

The Court, having reviewed the petition of D'laine Parrish, as guardian ad litem, for approval of the payment of attorneys' fees and costs, and the declarations of counsel submitted in support thereof, and good cause appearing, it is hereby ordered:

1. The Court finds the expenses incurred by Counsel as set forth in the petition are reasonably necessary for the prosecution of the case, and reasonable in amount, and authorizes reimbursement to counsel of costs as follows:

Pet. To Compromise Claim of Minors                 1

| | |
|---|---|
| Laurence F. Padway | $73,200.44 |
| Kimberly Kupferer | $10,476.22 |
| Gayle Godfrey Codiga | $    975.36 |
| Total Attorney Costs: | $84,652.02 |

2. The Court finds the expenses incurred by the guardian ad litem as set forth in the petition are reasonably necessary for the prosecution of the case, and reasonable in amount, and authorizes reimbursement to the guardian ad litem of costs as follows:

| | |
|---|---|
| D'Laine Parrish | $   417.60 |

3. For the reasons explained on the record, the Court finds that the total fees requested are, in light of the total amount of the settlement and the overall circumstances, fair and reasonable, and the Court awards them as follows:

| | |
|---|---|
| Laurence F. Padway | $92,775.27 |
| Kimberly Kupferer | $90,565.97 |
| Gayle Codiga | $24,123.95 |
| | |
| Total attorneys' fees | $207,465.19 |

Dated: October 3, 2007

Honorable Bernard Zimmerman
United States Magistrate Judge

Pet. To Compromise Claim of Minors                         2