1   Clyde A. Thompson, SBN 72920
    Rebecca S. Widen, SBN 219207
2   Julie M. Maneker, SBN 213317
    Benjamin A. Thompson, SBN 236590
3   HAAPALA, ALTURA, THOMPSON & ABERN, LLP
    1939 Harrison Street, Suite 800
4   Oakland, California 94612
    Tel:   510-763-2324
5   Fax:   510-273-8570

6   Attorneys For Defendants
    COUNTY OF ALAMEDA and
7   DEPUTY R. L. SILCOCKS

8                  UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10  D'LAINE PARRISH, guardian ad litem for  ) Case No.: C05-03140 BZ
    GAVIN J. PARRISH, ASHLEIGH PARRISH )
11  and DANIEL PARRISH, ESTATE OF        ) **STIPULATION AND [PROPOSED]**
    RICHARD LEBON,                        ) **ORDER OF DISMISSAL WITH**
12                                        ) **PREJUDICE OF DEFENDANTS**
             Plaintiffs,                  ) **COUNTY OF ALAMEDA AND DEPUTY**
13                                        ) **R. L. SILCOCKS**
         vs.                              )
14                                        )
    ALAMEDA COUNTY, DEPUTY SHERIFF       )
15  R. L. SILCOCKS, and DOES 1-20, inclusive, )
                                          )
16           Defendants.                  )
                                          )
17

18      IT IS HEREBY STIPULATED by and between Plaintiffs D'LAINE PARRISH,

19  guardian ad litem for GAVIN J. PARRISH, ASHLEIGH PARRISH and DANIEL PARRISH,

20  ESTATE OF RICHARD LEBON, and Defendant DEPUTY R. L. SILCOCKS, by and through

21  their counsel, that the above-captioned action be and hereby is dismissed with prejudice, as to

22  defendant DEPUTY R. L. SILCOCKS with a waiver of costs and attorneys' fees.

23      IT IS FURTHER STIPULATED by and between Plaintiffs D'LAINE PARRISH,

24  guardian ad litem for GAVIN J. PARRISH, ASHLEIGH PARRISH and DANIEL PARRISH,

25  ESTATE OF RICHARD LEBON, and Defendant COUNTY OF ALAMEDA, through their

26  designated counsel, that the above-captioned action be and hereby is dismissed with prejudice,

27  /

28  /

1

*Parrish v. Alameda County, et al.*/#C05-03140 BZ
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants
County Of Alameda And Deputy R. L. Silcocks

as to defendant COUNTY OF ALAMEDA pursuant to FRCP 41(a). The parties shall be responsible for the payment of their own court costs and attorneys fees.

Dated: October 12, 2007    LAW OFFICES OF LAURENCE F. PADWAY

By: _____
Laurence F. Padway
Attorneys For Plaintiffs

Dated: October 15, 2007    LAW OFFICES OF KIMBERLY KUPFERER

By: _____
Kimberly Kupferer
Attorneys For Plaintiffs

Dated: October 18, 2007    HAAPALA, ALTURA, THOMPSON & ABERN, LLP

By: _____
Clyde A. Thompson
Attorneys For Defendants
COUNTY OF ALAMEDA and
DEPUTY R. L. SILCOCKS

## ORDER

IT IS SO ORDERED.

Dated: October 22, 2007

_____
Magistrate Judge Bernard Zimmerman

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

*Parrish v. Alameda County, et al.*/#C05-03140 BZ
Stipulation And [~~Proposed~~] Order Of Dismissal With Prejudice Of Defendants County Of Alameda And Deputy R. L. Silcocks