Kimberly Kupferer, #131984
Law Offices of Kimberly Kupferer
1010 Grayson Street, Suite One
Berkeley, CA 94710
Telephone: (510) 843-2300
Facsimile: (510) 843-2301

Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'LAINE PARRISH, guardian ad litem for GAVIN J. PARRISH, ASHLEIGH PARRISH AND DANIEL PARRISH, ESTATE OF RICHARD LEBON<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY, DEPUTY SHERIFF R. L. SILCOCKS, and DOES 1-20, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C 05-03140 BZ<br><br>[proposed]<br>ORDER AUTHORIZING RELEASE OF MINOR"S FUNDS AND PURCHASE OF HOME |

On October 3, 2007, the Court authorized the guardian ad litem to locate a suitable home for the minor children and, subject to court approval, to purchase the home using funds of the minors. Docket number 172. The guardian now seeks approval to purchase the real property locate at 16072 27th Avenue, Clearlake, California, as a permanent residence for the minors. Good cause appearing, the application for approval to purchase the property is GRANTED and:

Order for purchase                                   1

1. Mechanics Bank, as depository for the funds of the minors, is authorized forthwith to remit by wire transfer, from account 41060318, the sum of $201,294.93. The Funds shall be wired to:

> Payable to: First American Title Company
> Bank: First American Trust, FSB
> Address: 5 First American Way, Santa Ana, California 92707
> Account No.: 3019600000
> Routing No.: 122241255
> Reference:
> Customer: D'Laine Parrish, Guardian ad Litem in Tr
> File Number: 1702-2968987 (JW)
> Attention: Jeana Weiper

2. First American Title Company is directed to record title to the property in the name of D'Laine Parrish, guardian ad litem for Gavin Parrish, Ashleigh Parrish and Daniel Parrish, and shall either attach a copy of the notice attached to my order of October 3, 2007 to the deed or separately record that notice in Official Records of Lake County contemporaneously with the filing of the deed.

3. First American Title Company shall wire any funds it receives in excess of that needed to close escrow back to the account at Mechanics Bank from which the funds were wired.

4. In all other respects, the order of this Court field on October 3, 2007, remains in effect.

Dated: March 13, 2008.

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Order for purchase 2